UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA LYNNE TINGAY and
GREGORY ALAN TINGAY,

    Plaintiffs,

v.

MICHIGAN DEPARTMENT OF
HUMAN SERVICES, *et al.*,

    Defendants.
    _____/

Case No. 1:13-cv-1181

HON. JANET T. NEFF

## ORDER

This is a civil action involving a *pro se* litigant.  Defendants Martha J. Burns, Gary Brink, Jennifer Swatek, Mary Jo French, LuAnne Briggs, and Anna Appledorn filed a Motion for Summary Judgment (Dkt 73).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 28, 2015, recommending that this Court grant Defendants' motion and terminate this action.  The Report and Recommendation was duly served on the parties.  No timely objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 77) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Dkt 73) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated: January 19, 2016                            /s/ Janet T. Neff
                                                                   JANET T. NEFF
                                                                   United States District Judge